David Cummings, Plaintiff-Appellant, v. Joseph Ragen, Director of Public Safety of the State of Illinois, Defendant-Appellee.

Gen. No. 10,512. 

Fourth District.

April 2, 1964.

 James A. Cummings, of Peoria, for appellant; William G. Clark, Attorney General, and Joseph A. Londrigan, Special Assistant Attorney General, of Springfield, for appellee. Opinion by JUSTICE REYNOLDS. Not to be published in full.